UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| Plaintiff, | : |
| vs. | : Case No. 2:19-cv-02436-JAR-JPO |
| CPLG PROPERTIES L.L.C., a Delaware limited liability company, | : |
| Defendant. | : |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Fred Nekouee ("Plaintiff") hereby dismisses Plaintiff's claims against Defendant CPLG PROPERTIES L.L.C. with prejudice as such parties have entered into a Settlement Agreement regarding all matters in this action.

DATE:  August 23, 2019

Respectfully submitted,

*s/Robert J. Vincze*
Robert J. Vincze (KS # 14101)
Law Offices of Robert J. Vincze
PO Box 792
Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net
*Attorney for Plaintiff Fred Nekouee*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August 2019, I filed a true and correct copy of the foregoing Notice via the Court's CM/ECF system.

*s/Robert J. Vincze*
Robert J. Vincze (KS #14101)